UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AURA MARIA VARGAS LEZAMA
(A-246-341-452),

        Petitioner,

   v.

DEPARTMENT OF HOMELAND
SECURITY, et al.,

        Respondents.

No.  1:26-cv-1640 DC CSK

ORDER

Petitioner, an immigration detainee proceeding without counsel, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241.  Petitioner did not pay the court's $5.00 filing fee or file a request to proceed in forma pauperis.  Petitioner is granted 10 days to either pay the filing fee or file an application to proceed in forma pauperis under 28 U.S.C. § 1915.  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

Petitioner has been detained since October 2025.  (ECF No. 1 at 1.)  On March 2, 2026, the district court found petitioner's motion for temporary restraining order was untimely, and converted the motion to a motion for preliminary injunction, and ordered further briefing.  (ECF No. 15.)  Respondents filed a response, an opposition to the motion, and an answer to the petition; petitioner did not file a reply.  (ECF No. 16.)  On March 24, 2026, the district court denied

1

petitioner's motion for temporary restraining order, finding that petitioner failed to refute respondents' argument that petitioner's arrest for vehicular manslaughter with gross negligence subjects her to the mandatory detention requirement of 8 U.S.C. § 1226(c)(1)(E)(ii), and that petitioner received a bond hearing on March 4, 2026.  (ECF No. 17.)  The district court referred this case to the magistrate judge.  (Id.)  In an abundance of caution, petitioner is granted 10 days to file a reply to respondents' answer.  If petitioner does not file a reply by this deadline, the petition will be deemed submitted on the record currently before the court without any additional briefing.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Petitioner Aura Maria Vargas Lezama (A-246-341-452) is granted 10 days to either pay the court's filing fee or file an application to proceed in forma pauperis.

2.  Petitioner's reply/traverse to respondents' answer, if any, is due within 10 days of the date of this order.

3.  Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending.  Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address."  A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective.  L.R. 182(f).

Dated:  March 26, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/varg1640.prose.100

2